# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID REDMOND** | : CIVIL ACTION |
| | : |
| **v.** | : |
| | : |
| **STEVEN GLUNT, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : : NO. 15-5116 |

## ORDER

**NOW**, this 10th day of July, 2019, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1), the Response to Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Docket No. 24), and the petitioner's Objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Sitarski is **APPROVED** and **ADOPTED**[1];

3. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE

---

[1] The Magistrate Judge's recitation of the factual and procedural history is accurate. Her legal analysis is thorough and correct. We can add nothing to her well-reasoned and exhaustive report.